IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **JOSEPH R. TOMELLERI,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CASE NO.: 1:19-cv-03475-JKB |
| | * |
| **SCOTT McMILLAN d/b/a d/b/a** | * |
| **DEEPCREEKHOSPITALITY.COM,** | * |
| | * |
| **SUSAN McMILLAN d/b/a** | * |
| **DEEPCREEKHOSPITALITY.COM,** | * |
| | * |
| and | * |
| | * |
| **JOSE PLATS d/b/a** | * |
| **DEEPCREEKHOSPITALITY.COM,** | * |
| | * |
| Defendants. | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) Plaintiff Joseph R. Tomelleri, by and through the undersigned counsel, hereby dismiss this action in its entirety. Each party to bear his/her own costs and attorney fees.

Respectfully submitted,

/s/ Oliver Maguire
Oliver P. Maguire (admitted *pro hac vice*)
EVANS & DIXON, LLC
Corporate Woods | Building 82
10851 Mastin Boulevard, Suite 900
Overland Park, Kansas 66210
Telephone: 913-701-6810
Facsimile: 913-341-2293
Email: copyright@evans-dixon.com

and

        Kaitlin D. Corey, Bar No. 19907
        Astrachan Gunst Thomas, P.C.
        217 E. Redwood Street, 21st Floor
        Baltimore, MD 21202
        410.783.3550 (telephone)
        410.783.3530 (facsimile)
        kcorey@agtlawyers.com

        ATTORNEYS FOR PLAINTIFF
        JOSEPH R. TOMELLERI

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies the foregoing notice was filed on this 10th day of November 2020 with the Court's CM/ECF which automatically sends notice to all parties of record of the filing.

        /s/ Oliver Maguire
        Counsel for Plaintiff